ACCEPTED
04-15-00508-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/29/2015 11:23:22 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00508-CR

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/29/15 11:23:22 AM
KEITH E. HOTTLE
Clerk

**JOSE B. SAUCEDA,**
Appellant

VS.

**THE STATE OF TEXAS**,
Appellee

### DESIGNATION OF NEW LEAD COUNSEL FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule **6.1(c) of the** Texas Rules of Appellate Procedure, Michael D. Robbins, Assistant Public Defender, hereby notifies the Court that he enters his appearance as lead counsel for the Appellant, JOSE B. SAUCEDA, on behalf of the Bexar County Appellate Public Defender's Office, in place of former lead counsel, Richard B. Dulany, Jr., former Assistant Public Defender, who is no longer employed by this office.

Respectfully submitted,

/s/ Michael D. Robbins

_____
MICHAEL D. ROBBINS
Assistant Public Defender
Paul Elizondo Tower
101 W. Nueva, Suite 370
San Antonio, Texas 78205
(210) 335-0701

FAX (210) 335-0707
mrobbins@bexar.org
Bar No. 16984600
ATTORNEY FOR APPELLANT

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFIY that a true and correct copy of the above and foregoing notice has been served by email on the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205, on **September 29, 2015**.

/s/ Michael D. Robbins

_____
MICHAEL D. ROBBINS
Assistant Public Defender